ANTHONY D. GILES (SBN 178876)
anthony@anthonygiles.com
**LAW OFFICE OF ANTHONY GILES**
One Sansome Street, Ste. 3500
San Francisco, CA 94104
Telephone:     (415) 839-2099
Facsimile:      (415) 901-0464

Attorneys for Plaintiff,
DARYL MESHACK


JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
KERI L. SALET (SBN 318913)
KLS@dkmlawgroup.com
**DKM Law Group, LLP**
50 California Street, Ste. 1500
San Francisco, CA 94111
Telephone:  (415) 421-1100
Facsimile:    (415) 842-0095

Attorneys for Defendant,
USAA GENERAL INDEMNITY COMPANY

IN UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DARYL MESHACK,<br><br>             Plaintiff,<br><br>     vs.<br><br>USAA GENERAL INDEMNITY COMPANY,<br><br>             Defendant. | CASE NO.   4:23-cv-06139-WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE CASE** |
|---|---|

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff DARYL MESHACK and Defendant USAA GENERAL INDEMNITY COMPANY, by and through their respective attorneys of record, hereby stipulate and respectfully request that the above-captioned action be dismissed with prejudice in its entirety, each party to bear their own fees and costs.

| | | |
|---|---|---|
| 1 | Dated: June 3, 2024 | **LAW OFFICE OF ANTHONY GILES** |
| 2 | | |
| 3 | | By: _/s/ Anthony D. Giles*_ |
| | | ANTHONY D. GILES |
| 4 | | |
| 5 | | Attorneys for Plaintiff, |
| | | DARYL MESHACK |
| 6 | | |
| 7 | Dated: June 3, 2024 | **DKM LAW GROUP, LLP** |
| 8 | | |
| 9 | | By: _/s/ Joshua N. Kastan_ |
| | | JOSHUA N. KASTAN |
| 10 | | KERI L. SALET |
| 11 | | Attorneys for Defendant, |
| | | USAA GENERAL INDEMNITY COMPANY |
| 12 | | |
| 13 | | *Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I, Joshua N. Kastan, hereby attest that each of the other signatories of this document have concurred in the filing of the same.* |

DATED: June 3, 2024

**IT IS SO ORDERED**

Judge William Alsup

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA